■ DILLEON GREENE, Appellant, v ABRAMI ENTERPRISES, INC., Doing Business as EMPIRE ROLLER DISCO, et al., Respondents. (And a Third-Party Action.) [666 NYS2d 502] —Appeal by the plaintiff from an order of the Supreme Court, Kings County (Greenstein, J.), dated October 28, 1996.

Ordered that the order is affirmed, with one bill of costs, for

reasons stated by Justice Greenstein at the Supreme Court. Bracken, J. P., O'Brien, Thompson and Altman, JJ., concur.